## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS
## KANSAS CITY

| | |
|---|---|
| DAN WILKINSON, ) | |
| ) | **No. 09-cv-02457-JWL-KGS** |
| Plaintiff, ) | |
| ) | **STIPULATION OF DISMISSAL** |
| v. ) | **WITH PREJUDICE AND** |
| ) | **[PROPOSED] ORDER** |
| IC SYSTEM, ) | |
| ) | **Fed. R. Civ. P. 41(a)(1** |
| Defendant. ) | |

The dispute between the parties has been resolved, therefore, the claims asserted by Plaintiff, DAN WILKINSON, against Defendant, IC SYSTEM, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Both sides to bear their own costs and expenses.


Dated: March 11, 2010          KROHN & MOSS, LTD.

/s/ Patrick Cuezze
Patrick Cuezze
Attorney for Plaintiff,
DAN WILKINSON

Dated: March 11, 2010          FISHER, PATTERSON, SAYLER & SMITH, LLP

/s/ Justice B. King
Justice B. King
Attorney for Defendant,
IC SYSTEM

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated:

_____
The Honorable Judge
United States District Judge